1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 | DAMIEN GABRIEL GONZALES,  |  Case No.  1:15-cv-01125-SAB |
| 12 | Plaintiff, |  ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO |
| 13 | v. |  PROCEED IN FORMA PAUPERIS |
| 14 | COMMISSIONER OF SOCIAL SECURITY, |  (ECF NO. 2) |
| 15 | Defendant. |  TWENTY DAY DEADLINE |

16

17   Plaintiff Damien Gabriel Gonzales filed a complaint on July 20, 2015.  Plaintiff did not

18 pay the filing fee in this action and instead an application to proceed in forma pauperis pursuant

19 to 28 U.S.C. § 1915 was filed by his mother.  However, the application to proceed in forma

20 pauperis was not adequately completed.  The application indicates that Plaintiff's mother is

21 employed and works 16 to 20 hours per week, but does not provide the amount of wages

22 received.  Accordingly, the Court will order Plaintiff to complete and file an Application to

23 Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

24 unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

25 full.

26   Accordingly, IT IS HEREBY ORDERED that:

27   1.   The Clerk of the Court is directed to forward an in forma pauperis application

28     (Long Form) to Plaintiff;

1

2.      Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed <u>in forma pauperis</u> without prepayment of the fee; and

3.      If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **July 21, 2015**

UNITED STATES MAGISTRATE JUDGE