# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN G. GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-01125-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4)<br><br>DEADLINE: August 21, 2015 |

On August 10, 2015, Plaintiff filed a request for an extension of time to file his application to proceed in forma pauperis. The Court finds good cause to grant the request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED and Plaintiff's long form application to proceed in forma pauperis shall be filed on or before August 21, 2015. If Plaintiff fails to pay the $400.00 filing fee in full or file an application to proceed in forma pauperis in compliance with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  **August 14, 2015**

UNITED STATES MAGISTRATE JUDGE

1