# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN G. GONZALES,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:15-cv-01125-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>DEADLINE: SEPTEMBER 11, 2015 |

Plaintiff Damien G. Gonzales filed this action challenging the final decision of the Commissioner denying his application for Social Security benefits on July 20, 2015. In lieu of paying the filing fee, Plaintiff filed an application to proceed in forma pauperis which the Court found was not adequately completed. On July 22, 2015, Plaintiff was ordered to file a long form application or pay the filing fee within twenty days. Plaintiff filed a motion for an extension of time to file the long form application which was granted on August 14, 2015. Plaintiff's application to proceed in forma pauperis or filing fee was due on August 21, 2015. Both orders warned Plaintiff that the failure to file an application to proceed in forma pauperis or pay the filing fee in compliance with the order would result in this action being dismissed.

Plaintiff has not filed an application to proceed in forma pauperis or otherwise responded to the Court's August 21, 2015 order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing on or

1

before September 11, 2015, why this action should not be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **August 27, 2015**

UNITED STATES MAGISTRATE JUDGE