# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN G. GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:15-cv-01125-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE THIS ACTION AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 7) |

On July 20, 2015, Plaintiff Damien G. Gonzales ("Plaintiff") filed the complaint in this action challenging the Commissioner's decision to deny disability benefits. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis which the Court found insufficient to determine if Plaintiff was entitled to proceed without prepayment of fees. (ECF Nos. 2, 3.) Plaintiff was ordered to provide a long form application to proceed in forma pauperis within twenty days. (ECF No. 3.) On August 28, 2014, the Court granted Plaintiff's request for an extension of time to September 11, 2015 to submit the application. (ECF Nos. 4, 5.)

Plaintiff did not file an application to proceed in forma pauperis, pay the filing fee, or otherwise respond to the Court's order by the deadline. On August 28, 2015, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with the August 14, 2015 order. On September 11, 2015, Plaintiff filed a response to the order to show cause and a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of

1

1 Civil Procedure.

2   "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his
3 action prior to service by the defendant of an answer or a motion for summary judgment.'"
4 Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)
5 (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under
6 Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no
7 action had been brought, the defendant can't complain, and the district court lacks jurisdiction to
8 do anything about it."  Id. at 1078.   No defendant has filed an answer or other responsive
9 pleading.

10   Accordingly, IT IS HEREBY ORDERED that:

11   1.  The order to show cause is DISCHARGED; and

12   2.  The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case
13      and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule
14      41(a).

IT IS SO ORDERED.

Dated:   **September 11, 2015**

UNITED STATES MAGISTRATE JUDGE